IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr,<br><br>   Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services Incorporated,<br><br>   Defendant. | No. CV-25-01703-PHX-MTL<br><br>**ORDER** |

  Having considered counsel's request to appear telephonically for the Rule 16 Scheduling Conference (Doc. 14),

  **IT IS ORDERED** granting the request (Doc. 14). The parties may appear telephonically at the Rule 16 Scheduling Conference set for **Wednesday, October 22, 2025, at 10 a.m.** Counsel should call (855) 244-8681 and use Access Code: 2315-590-1901. Please avoid the use of speakerphones and headsets.

  Dated this 17th day of October, 2025.

Michael T. Liburdi
United States District Judge