IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SelectQuote Insurance Services Inc.<br><br>Defendant. | Case No. 25-1703<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Local Rule 5.2, please take notice that the Plaintiff has made the following requests and responses in this matter:

- First set of Interrogatories and Requests for Production to Defendant SelectQuote Insurance Services Inc. – Served October 7, 2025, responses outstanding.
- Subpoena for production of documents to Third Party TouchStone Communications – II, L.L.C. – Served October 10, 2025, objections received November 18, 2025.
- Subpoena for production of documents to Third Party Lumen Technologies f/k/a Qwest Communications – Served December 10, 2025, responses outstanding

Dated: December 10, 2025

Respectfully Submitted,

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*