Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SelectQuote Insurance Services Inc.<br><br>Defendant. | Case No.<br>25-1703<br><br>**STIPULATED MOTION<br>TO FILE AMENDED COMPLAINT** |

Plaintiff, with the consent of Defendant SelectQuote Insurance Services Inc., respectfully files this motion seeking leave of court to file the amended complaint attached herein as Exhibit A. A redline version outlining the changes is attached herein as Exhibit B. The amended complaint adds an additional Defendant and related allegations identifying as the actual initiator of the calls TouchStone Communications – II, LLC. The amended complaint further adds additional factual allegations about the calls at issue, the

nature of the relationship between the two proposed Defendants, as well as additional claims that have come to light as the result of additional discovery and investigation in this matter.

  Although the deadline for filing amended complaints and parties has expired, the parties respectfully submit that good cause exists to file the amendment, particularly in light of the evidence thus discovered and the need to name the additional Defendant, TouchStone, who responded to a subpoena served on them out-of-time, and after some confusion as to the exact formal name of the corporate party at issue.

Dated: December 22, 2025                              Respectfully Submitted,

                                   */s/ Andrew Perrong*
                                   Andrew Perrong
                                   Email: a@perronglaw.com
                                   Perrong Law LLC
                                   2657 Mount Carmel Avenue
                                   Glenside, PA 19038
                                   Telephone: (215) 225-5529
                                   *Subject to Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

December 22, 2025

        */s/ Andrew Perrong*
        Andrew Perrong
        Email: a@perronglaw.com
        Perrong Law LLC
        2657 Mount Carmel Avenue
        Glenside, PA 19038
        Telephone: (215) 225-5529
        *Subject to Pro Hac Vice*