# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF ARIZONA
# PHOENIX DIVISION

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SelectQuote Insurance Services Inc.<br><br>Defendant. | Case No. 25-1703<br><br>**[PROPOSED ORDER GRANTING] STIPULATED MOTION TO FILE AMENDED COMPLAINT** |

AND NOW, this _____ day of _____, 202_____, it is hereby

ORDERED that the Stipulated Motion is GRANTED. Plaintiff shall file the

proposed Amended Complaint as the operative complaint in this matter within five

days.