1

2

3

4

5

6               **IN THE UNITED STATES DISTRICT COURT**

7               **FOR THE DISTRICT OF ARIZONA**

8

9    Jonathan Bahr,                          |    No. CV-25-01703-PHX-MTL

10              Plaintiff,                    |    **ORDER**

11   v.

12   SelectQuote     Insurance     Services
     Incorporated,

13

14              Defendant.

15         Having considered the parties' Stipulated Motion to File Amended Complaint

16   (Doc. 19) and good cause appearing,

17         **IT IS ORDERED granting** the Motion (Doc. 19).

18         **IT IS FURTHER ORDERED** that Plaintiff must file the amended complaint no

19   later than **January 5, 2026**.

20         Dated this 30th day of December, 2025.

21

22

23                                            Michael T. Liburdi
                                              United States District Judge
24

25

26

27

28