Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA
PHOENIX DIVISION

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SelectQuote Insurance Services Inc.<br><br>and<br><br>TouchStone Communications – II, L.L.C.<br><br>    Defendants. | Case No. CV-25-01703-PHX-MTL<br><br>**JOINT SETTLEMENT STATUS REPORT** |

  Pursuant to the Court's Scheduling Order (Doc. 17, Section 9), the parties jointly report as follows:

  The parties engaged in good faith settlement discussions on January 6, 2026, as required by the Court's Scheduling Order. The undersigned Counsel for Plaintiff and all

Defendants participated in the conference and exchanged information regarding their respective positions. Plaintiff's Amended Complaint is currently on file. Additional Defendant TouchStone Communications - II, L.L.C. has agreed to respond to the Amended Complaint by February 13, 2026. TouchStone is currently conducting its investigation into the allegations in the Amended Complaint.

At this early stage of the litigation, the parties have not yet had sufficient opportunity to develop the factual record necessary for informed settlement discussions, and TouchStone is still investigating the Plaintiff's claims. This investigation is necessary to enable all parties to meaningfully evaluate the claims and potential paths to resolution, including of the class claims and the appropriateness of either an individual or class resolution. The parties will be in a better position to discuss and evaluate settlement once TouchStone responds to the Amended Complaint, completes its investigation, and some initial discovery is conducted into the classwide calling claims. The parties remain open to continued settlement discussions and exploration of mediation as the case progresses and additional information becomes available in discovery. The parties will notify the Court if assistance becomes necessary or if settlement is reached.

Dated:  January 14, 2026               Respectfully Submitted,

/s/ Andrew Perrong
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

January 14, 2026

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*