1  R. HARRISON GOLDEN, (Bar #38468)
   **PHELPS DUNBAR LLP**
2  Canal Place | 365 Canal Street, Suite 2000
   New Orleans, Louisiana 70130
3  Tel.: 504 566 1311
   Fax: 504 568 9130
4  Email: harris.golden@phelps.com
   Attorneys for Defendant
5  TOUCHSTONE COMMUNICATIONS - II, L.L.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JONATHAN BAHR, individually and on behalf of a class of all persons and entities similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SELECTQUOTE INSURANCE SERVICES, INC. and TOUCHSTONE COMMUNICATIONS - II, L.L.C., <br><br> Defendant. | No. 2:25-cv-01703-MTL <br><br> **CONSENT MOTION FOR EXTENSION OF DEADLINES** <br><br> **(FIRST REQUEST)** |

COMES NOW, Defendant Touchstone Communications - II, L.L.C. ("Touchstone"), which respectfully requests this Court to extend all non-expired deadlines provided in its Scheduling Order (Doc. 17) by 60 days. Pursuant to Federal Rule of Civil Procedure 16(b) and LRCiv 7.3, Touchstone can show good cause for this Court to modify its Scheduling Order and modestly extend all deadlines therein. All other parties have consented to this request.

Extension of all deadlines by 60 days is warranted because Touchstone was just added as a Defendant by Plaintiff's Amended Complaint filed on January 1, 2026. (Doc. 21). Accordingly, Touchstone has not had an opportunity to complete internal investigations or compile relevant communications and documents. Nonetheless, this Court's Scheduling Order has fast-approaching deadlines—one even before Touchstone's deadline to file an Answer given its waiver of service. For example, the parties' expert disclosure deadline is February 6, 2026. (Doc. 17, at 2). Given its late addition into this case, Touchstone requires additional time to adequately prepare to engage in discovery and

1  disclosures.

2       A 60-day extension of all outstanding deadlines will allow Touchstone's counsel to
3  get a grasp on this lawsuit, review all relevant documents and materials, and engage in
4  meaningful discovery.  No prior extension has been sought by any party.

6       RESPECTFULLY SUBMITTED this 6th day of February, 2026.

                                              **PHELPS DUNBAR LLP**

By:  R. HARRISON GOLDEN
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel: (504) 584-9259
harris.golden@phelps.com

Attorneys for Defendant
TOUCHSTONE COMMUNICATIONS - II, L.L.C.

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I caused the foregoing document to be filed electronically with the Clerk of Court through ECF; and that ECF will send an e-notice of the electronic filing to:

Andrew Thomas Apodaca, aapodaca@azdefenselaw.com; Christopher Lawrence Enos, cenos@azdefenselaw.com; Michael Alltmont, malltmont@sessions.legal; and Andrew Roman Perrong, a@perronglaw.com

I hereby certify that on February 6, 2026, a courtesy copy was mailed to:

Judge Michael T Liburdi

/s  R. HARRISON GOLDEN