R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| JONATHAN BAHR, individually and on behalf of a class of all persons and entities similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SELECTQUOTE INSURANCE SERVICES, INC. and TOUCHSTONE COMMUNICATIONS - II, L.L.C., <br><br> Defendant. | No. 2:25-cv-01703-MTL <br><br> **ORDER EXTENDING DEADLINES** |

Considering the Consent Motion for Extension of Deadline, filed by Defendant, Touchstone Communications - II, L.L.C. ("Touchstone"),

**IT IS ORDERED** that Touchstone's Consent Motion for Extension of Deadlines is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the following deadlines in the Court's Scheduling Order (Doc. 17), are **EXTENDED** by 60 days:

- The deadline for the completion of fact discovery, including discovery by subpoena, originally due April 7, 2026, shall be extended to **June 8, 2026**.
- The deadline for Plaintiff and Defendant to provide full and complete expert disclosures, originally due February 6, 2026, shall be extended to **April 7, 2026**.
- The deadline for rebuttal expert disclosures, if any, originally due March 6, 2026, shall be extended to **May 5, 2026**.
- The deadline for expert depositions, originally due April 7, 2026, shall be extended to **June 8, 2026**.

- The deadline to file a motion for class certification, originally due June 5, 2026, shall be extended to **August 4, 2026**.
- The deadline to file dispositive motions and motions challenging expert opinion testimony, originally due June 5, 2026, shall be extended to **August 4, 2026**.

DATED this ___ day of _____, 2026.

                                                             _____
                                                             Michael T. Liburdi
                                                             United States District Judge.