IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services Incorporated, et al.,<br><br>　　　　　Defendants. | No. CV-25-01703-PHX-MTL<br><br>**ORDER** |

　　　　Having considered Defendant Touchstone Communications' Consent Motion for Extension of Deadlines (Doc. 23), and good cause appearing,

　　　　**IT IS ORDERED** that the motion (Doc. 23) is **GRANTED**.

　　　　**IT IS FURTHER ORDERED** that the deadline for the completion of fact discovery is extended to **June 8, 2026**. The deadline to provide full and complete expert disclosures is extended to **April 7, 2026**. The deadline for rebuttal expert disclosures is **May 5, 2026**. The deadline for expert depositions is extended to **June 8, 2026**. The deadline to file a motion for class certification is extended to **August 4, 2025**. The deadline to file dispositive motions and motions challenging expert opinion testimony is extended to **August 4, 2026**.

　　　　**IT IS FINALLY ORDERED** that the Scheduling Order (Doc. 17) is reaffirmed in all other respects.

　　　　Dated this 9th day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　*Michael T. Liburdi*
　　　　　　　　　　　　　　　　　　　　　　　　Michael T. Liburdi
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge