Andrew Roman Perrong (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br><br>SelectQuote Insurance Services Inc., Touchstone Communications – II, L.L.C.<br><br>        Defendant. | Case No. 25-1703<br><br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Local Rule 5.2, please take notice that the Plaintiff has made the following requests and responses in this matter:

- First set of Interrogatories and Requests for Production to Defendant Touchstone Communications – II, L.L.C. – Served March 11, 2026, responses outstanding.

Dated:  March 11, 2026

                            Respectfully Submitted,

                            */s/ Andrew Perrong*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*