R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C.,<br><br>Defendant. | No. 2:25-cv-01703-MTL<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff Jonathan Bahr ("Plaintiff") and Defendants SelectQuote Insurance Services, Inc. and Touchstone Communications – II, LLC ("Defendants") jointly request that the Court enter the proposed stipulated protective order submitted in connection with this joint motion. The documents at issue in this case are likely to contain confidential and proprietary information, including (1) confidential, proprietary, and trade secret information; (2) confidential research, development, or commercial information; (3) Plaintiff's personally identifying information; and (4) information that may otherwise qualify for protection pursuant to the Federal Rules of Civil Procedure. The parties conferred and agreed to the form of the protective order, which is the form provided by this Court and which the parties believe will provide sufficient protection regarding these documents.

PD.61001705.1

Accordingly, so that discovery may proceed promptly, the parties respectfully request that the Court enter the proposed stipulated protective order submitted with this motion.

Dated this 26th day of March, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
Fascimile: (888) 329-0305
*Subject to Pro Hac Vice*

Attorney for Plaintiff


/s/ Andrew Thomas Apodaca
Andrew Thomas Apodaca
AZ Bar No. 034398
Christopher Lawrence Enos
AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA,
ENOS & TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com

Michael Alltmont
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N Causeway Blvd., Ste 2800
Metairie, LA 70002
Telephone: (504) 846-7954

- 2 -

PD.61001705.1

Fascimile: (504) 828-3737
malltmont@sessions.legal

Attorneys for Defendant SelectQuote Insurance Services


/s/ R. Harrison Golden
R. Harrison Golden
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
harris.golden@phelps.com

Attorney for Defendant Touchstone Communications – II, LLC and SelectQuote Insurance Services

- 3 -

PD.61001705.1