R. HARRISON GOLDEN, (Pro Hac Vice)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C., <br><br> Defendant. | No. 2:25-cv-01703-MTL <br><br> **NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Local Rule 5.2, please take notice that defendant Touchstone Communications – II, LLC  has made the following requests in this matter.

- First set of Interrogatories and Requests for Production of Documents to Plaintiff Jonathan Bahr on March 26, 2026, with responses outstanding.

Dated: March 26, 2026

Respectfully submitted,

*/s/ R. Harrison Golden*
R. Harrison Golden
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
harris.golden@phelps.com

PD.61235186.1

Attorney for Defendant Touchstone
Communications – II, LLC and SelectQuote
Insurance Services

PD.61235186.1

PD.61235186.1