R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant
TOUCHSTONE COMMUNICATIONS - II, L.L.C.

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| JONATHAN BAHR, individually and on behalf of a class of all persons and entities similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SELECTQUOTE INSURANCE SERVICES, INC. and TOUCHSTONE COMMUNICATIONS - II, L.L.C.,<br><br>Defendant. | No. 2:25-cv-01703-MTL<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

Pursuant to LRCiv 5.2, Defendant Touchstone Communications – II, L.L.C. ("Touchstone"), through undersigned counsel, hereby gives notice that on April 10, 2026, Touchstone served its Responses and Objections to Plaintiff's First Set of Interrogatories and Requests for Production of Documents, via electronic mail, on the respective counsel for all other parties to this action.

RESPECTFULLY SUBMITTED this 10th day of April, 2026.

PHELPS DUNBAR LLP

By: R. HARRISON GOLDEN
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel: (504) 584-9259
harris.golden@phelps.com

Attorneys for Defendant
TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

PD.61477103.1