Andrew Roman Perrong (*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ARIZONA
PHOENIX DIVISION**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br><br>SelectQuote Insurance Services Inc., Touchstone Communications – II, L.L.C.<br><br>Defendant. | Case No. 25-1703<br><br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to Local Rule 5.2, please take notice that the Plaintiff has made the following responses in this matter:

- Responded to First Set of Interrogatories and Requests for Production to Plaintiff from Touchstone Communications – II, L.L.C. – Responses Served April 27, 2026.

Dated:  April 27, 2026                    Respectfully Submitted,

                                                        */s/ Andrew Perrong*

Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*