R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C., <br><br> Defendant. | No. 2:25-cv-01703-MTL <br><br> **SECOND ORDER EXTENDING CASE DEADLINES** |

Considering the Joint Motion for Extension of Deadlines filed by all parties,

**IT IS ORDERED** that the Joint Motion for Extension of Deadlines is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the following deadlines in the Court's Amended Scheduling Order (Doc. 24), are **EXTENDED** by approximately 90 days:

- The deadline for the completion of fact discovery, including discovery by subpoena, currently due June 8, 2026, shall be extended to **September 11, 2026**.

- The deadline for Plaintiff and Defendant to provide full and complete expert disclosures, previously due April 7, 2026, shall be extended to **July 10, 2026**.

- The deadline for rebuttal expert disclosures, if any, currently due May 5, 2026, shall be extended to **August 7, 2026**.

- The deadline for expert depositions, currently due June 8, 2026, shall be extended to **September 11, 2026**.

- The deadline to file a motion for class certification, previously due August 4,

2026, shall be extended to **November 6, 2026**.

- The deadline to file dispositive motions and motions challenging expert opinion testimony, previously due August 4, 2026, shall be extended to **November 6, 2026**.

DATED this ___ day of _____, 2026.

_____
Michael T. Liburdi
United States District Judge.