# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jonathan Bahr, | No. CV-25-01703-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| SelectQuote Insurance Services Incorporated, et al., | |
| Defendants. | |

The Court has considered the parties' Joint Motion for Extension of Deadlines (Doc. 33). The Scheduling Order specifies the procedure for extension requests and directs that such motions must include "(1) what [the parties] have done to date; [and] (2) what still needs to be done (*i.e.* itemization of all discovery to be conducted)." (Doc. 17 at 8.) The Joint Motion, however, omits this required information.

The omission is particularly significant given that the Court has already extended the deadlines by sixty days for the reason that Touchstone was added as a defendant (Docs. 23, 24), and the parties are now seeking an additional ninety-day extension for the same reason.

Without the required explanation, the Court cannot meaningfully assess the parties' diligence or the need for further modification of the Scheduling Order.

. . . .

. . . .

. . . .

**IT IS ORDERED denying** the Joint Motion (Doc. 33) without prejudice.

Dated this 6th day of May, 2026.

Michael T. Liburdi
United States District Judge