R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE
COMMUNICATIONS - II, L.L.C.

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Johnathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C., <br><br> Defendant. | No. 2:25-cv-01703-MTL <br><br> **JOINT MOTION FOR EXTENSION OF DEADLINES** |

COME NOW, Defendants Touchstone Communications - II, L.L.C. ("Touchstone") and SelectQuote Insurance Services, Inc. ("SelectQuote") as well as Plaintiff, Jonathan Bahr ("Bahr"), which and who respectfully request this Court extend the deadlines provided in its Scheduling Order (Doc. 24) by 90 days. Pursuant to Federal Rule of Civil Procedure 16(b) and LRCiv 7.3, the Parties can show good cause for this Court to modify its Scheduling Order and extend all deadlines therein, and note that all Parties join in this request.

Extension of all deadlines by 90 days is warranted because of the late introduction of Touchstone as a defendant and the need to conduct additional discovery by and from Touchstone concerning its defenses to liability. Specifically, in accordance with this Court's scheduling order, the parties have completed the following discovery:

- Deposition of TouchStone's 30(b)(6) Representative
- Exchange of and initial meet and confers on each parties' first set of written discovery, including interrogatories and requests for production.

- Rolling collection and production of supplementations to the aforementioned first set of written discovery.

If the request is granted, the parties require the additional time to do the following:

- Depose 1-2 additional employees of Defendant TouchStone, including an employee, Mr. Mohiuddin Abbas, who resides in Pakistan, which makes scheduling difficult.
- Issuing subpoenas to ViciDial and third parties, including Hetzner, to seek information for the server used to place the calls at issue, including for additional inspection and imaging. Additional time is required to secure third-party responses to the subpoenaed information.
- Deposing a 30(b)(6) representative of SelectQuote.
- Deposing the Plaintiff.
- Conducting additional written discovery, including documents that must be reviewed and redacted for privilege, and some of which will be based upon information revealed by Mr. Abbas, who, for example, has knowledge of the various telephone companies involved in the calling conduct at issue, and which may also entail written follow-on discovery to those third-party telephone companies.

Given the class action allegations in the Amended Complaint and the trial schedules of undersigned counsel, an additional 90 days is needed to complete discovery.

Only one prior extension has been sought by any party.

RESPECTFULLY SUBMITTED this 15th day of May, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong
a@perronglaw.com
PERRONG LAW LLC

2

2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
Fascimile: (888) 329-0305
*Subject to Pro Hac Vice*

Attorney for Plaintiff


 /s/ Andrew Thomas Apodaca
Andrew Thomas Apodaca
AZ Bar No. 034398
Christopher Lawrence Enos
AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA,
ENOS & TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com

Michael Alltmont
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N Causeway Blvd., Ste 2800
Metairie, LA 70002
Telephone: (504) 846-7954
Fascimile: (504) 828-3737
malltmont@sessions.legal

Attorneys for Defendant SelectQuote Insurance
Services


/s/ R. Harrison Golden
R. Harrison Golden
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
harris.golden@phelps.com

Attorney for Defendant Touchstone Communications – II, LLC and SelectQuote Insurance Services