**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Bahr, | No. CV-25-01703-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| SelectQuote Insurance Services Incorporated, et al., | |
| Defendants. | |

Having considered the parties' Joint Motion for Extension of Deadlines (Doc. 35), and good cause appearing,

**IT IS ORDERED** that the Joint Motion for Extension of Deadlines (Doc. 35) is **GRANTED**.

**IT IS FURTHER ORDERED** that the following deadlines in the Court's Amended Scheduling Order (Doc. 24) are **EXTENDED** by approximately 90 days:

1. The deadline for the completion of fact discovery, including discovery by subpoena, currently due June 8, 2026, is extended to **September 11, 2026**.

2. The deadline for Plaintiff and Defendants to provide full and complete expert disclosures, previously due April 7, 2026, is extended to **July 10, 2026**.

3. The deadline for rebuttal expert disclosures, if any, currently due May 5, 2026, is extended to **August 7, 2026**.

4. The deadline for expert depositions, currently due June 8, 2026, is extended to **September 11, 2026**.

5. The deadline to file a motion for class certification, previously due August 4, 2026, is extended to **November 6, 2026**.

6. The deadline to file dispositive motions and motions challenging expert opinion testimony, previously due August 4, 2026, is extended to **November 6, 2026**.

**IT IS FINALLY ORDERED** reaffirming the Court's Scheduling Order (Doc. 17) and Amended Scheduling Order (Doc. 24) in all other respects. The parties are advised that the Court is not inclined to grant further extensions.

Dated this 19th day of May, 2026.

Michael T. Liburdi
United States District Judge