Andrew Perrong
Counsel for Plaintiff
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529

**IN THE UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF ARIZONA**
**PHOENIX DIVISION**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated, | Case No. 2:25-cv-01703-MTL |
| Plaintiff, | **JOINT SETTLEMENT STATUS REPORT** |
| vs. | |
| SelectQuote Insurance Services Inc. | |
| and | |
| TouchStone Communications – II, L.L.C. | |
| Defendants. | |

Pursuant to the Court's Scheduling Order (Doc. 17, Section 9), the parties jointly submit this second status report as follows:

PD.62813728.1

Since the parties' initial Joint Settlement Status Report, filed January 14, 2026, the parties have continued to confer in good faith regarding the potential resolution of this matter. As a result of those discussions, the parties, and all of them, have agreed to mediate this action before Aaron S. Weiss, a mediator with experience in TCPA matters, on July 23, 2026.

The parties are hopeful that the mediation will facilitate a complete resolution of this matter. The parties will notify the Court of the results of the mediation and will further advise the Court if judicial assistance becomes necessary or if a settlement is reached.

Dated:  July 6, 2026                                Respectfully Submitted,


                                                    /s/ Andrew Perrong
                                                    Andrew Perrong
                                                    Email: a@perronglaw.com
                                                    Perrong Law LLC
                                                    1669 Edgewood Road, Suite 218
                                                    Yardley, PA 19067
                                                    Telephone: (215) 225-5529
                                                    *Subject to Pro Hac Vice*


                                                    /s/ R. Harrison Golden
                                                    R. Harrison Golden
                                                    PHELPS DUNBAR LLP
                                                    365 Canal Street, Suite 2000
                                                    New Orleans, LA 70130
                                                    harris.golden@phelps.com

                                                    Andrew Thomas Apodaca
                                                    AZ Bar No. 034398
                                                    Christopher Lawrence Enos

PD.62813728.1

AZ Bar No. 014412
GOERING, ROBERTS, RUBIN, BROGNA, ENOS
& TREADWELL-RUBIN, P.C.
3275 W. Ina Road, Suite 255
Tucson, Arizona 85741-2338
Telephone: (520) 577-9300
Facsimile: (520) 577-0848
aapodaca@azdefenselaw.com
cenos@azdefenselaw.com

Michael Alltmont
SESSIONS, ISRAEL & SHARTLE, LLC
3838 N Causeway Blvd., Ste 2800
Metairie, LA 70002
Telephone: (504) 846-7954
Fascimile: (504) 828-3737
malltmont@sessions.legal

Attorneys for Defendant SelectQuote Insurance
Services


*/s/ R. Harrison Golden*
R. Harrison Golden
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
harris.golden@phelps.com

Attorney for Defendant Touchstone
Communications – II, LLC

3

PD.62813728.1

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

July 6, 2026

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

PD.62813728.1