R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE COMMUNICATIONS - II, L.L.C. and SELECTQUOTE INSURANCE SERVICES INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C.,<br><br>Defendant. | No. 2:25-cv-01703-MTL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties hereby stipulate and agree as follows:

1. Each party is expressly authorized to enter this stipulation.
2. All claims between the parties have been resolved, and are voluntarily dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs.

A proposed form of order is attached.

DATED this 11th day of September, 2026

*/s/ Andrew Perrong*
Andrew Perrong
Email: a@perronglaw.com
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Telephone: (215) 225-5529
*Subject to Pro Hac Vice*

Attorney for Plaintiff

*/s/ R. Harrison Golden*
R. Harrison Golden
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130
harris.golden@phelps.com
*Subject to Pro Hac Vice*

Attorney for Defendants Touchstone Communications – II, LLC and SelectQuote Insurance Services, Inc.