R. HARRISON GOLDEN, (Bar #38468)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Tel.: 504 566 1311
Fax: 504 568 9130
Email: harris.golden@phelps.com
Attorneys for Defendant TOUCHSTONE COMMUNICATIONS - II, L.L.C.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Jonathan Bahr, individually and on behalf of a class of all persons and entities similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>SelectQuote Insurance Services, Inc. and Touchstone Communications - II, L.L.C.,<br><br>Defendant. | No. 2:25-cv-01703-MTL<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation and good cause appearing,

IT IS ORDERED that the above captioned matter is dismissed with prejudice as to all defendants, with the parties to bear their own attorneys' fees and costs.

DATED this ___ day of __________, 2026.

Michael T. Liburdi
United States District Judge.