**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Jonathan Bahr,

Plaintiff,

v.

SelectQuote Insurance Services Incorporated, et al.,

Defendants.

No. CV-25-01703-PHX-MTL

**ORDER**

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 38), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 38) is **GRANTED**.

**IT IS FURTHER ORDERED** dismissing this action in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FINALLY ORDERED** directing the Clerk of Court to enter a judgment of dismissal and close this case.

Dated this 11th day of September, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge